## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH COLAVECCI, : No. 275 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v. :
:
:
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.